SEALED

**FILED**

MAR 26 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant United States Attorneys
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for the United States of America
7
8                IN THE UNITED STATES DISTRICT COURT
9                  EASTERN DISTRICT OF CALIFORNIA
10
                                    2:12 - MJ - 0087   DAD
11 UNITED STATES OF AMERICA,        CASE NO.
12                  Plaintiff,      **REQUEST TO SEAL AND
                                    [PROPOSED] ORDER**
13         v.                       DAD
                                    **UNDER SEAL**
14 JAMES KIRK SHORT,
15                  Defendant.
16
17                          **APPLICATION**
18     The United States hereby applies for an order directing that the criminal complaint, the
19 supporting affidavit, and the arrest warrant in the above-titled matter, together with this application,
20 and this Court's sealing order, be kept under seal until further order of the Court. The United States
21 requests that the above-described materials be sealed to preserve the confidentiality of the ongoing
22 investigation described in the affidavit and to prevent individuals form learning of the existence of
23 the warrant and order prior to its execution.
24     WHEREFORE, I respectfully request that the Court issue an order granting this application.
25 DATED: March 26, 2012              BENJAMIN B. WAGNER
                                      United States Attorney
26
27                                    /s/ Todd A. Pickles
                                      TODD A. PICKLES
28                                    Assistant United States Attorney

Sealing Request and [Proposed] Order

1

## [PROPOSED] ORDER

For good cause shown, IT IS HEREBY ORDERED THAT:

The criminal complaint, the supporting affidavit, and the arrest warrant in the above-titled matter, together with this application, and this Court's sealing order, be kept under seal until further order of the Court.

IT IS SO ORDERED.

DATED: 3/26/12

_____
Honorable Dale A. Drozd
United States Magistrate Judge