1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,   )
                               )
12         Plaintiff,          )   NO. 2-12-MJ-087 DAD
                               )
13    v.                       )   [~~PROPOSED~~] ORDER
                               )   FOR UNSEALING COMPLAINT
14 JAMES SHORT,                )
                               )
15         Defendant.          )
                               )
16 _____

17     The government's request to unseal the Complaint and this case

18 is GRANTED.

19 SO ORDERED:

20 DATED: April 5, 2012
                                   _____
21                                 HON. DALE A. DROZD
                                   U.S. Magistrate Judge
22

23

24

25

26

27

28