**FILED**
April 6, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                                      )<br>                    Plaintiff,                          )<br>v.                                                                  )<br>                                                                      )<br>JAMES KIRK SHORT,                           )<br>                                                                      )<br>                    Defendant.                       ) | Case No. 2:12-MJ-00087-DAD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JAMES KIRK SHORT , Case No.  2:12-MJ-00087-DAD  , Charge  Title 21 USC §§ 841(a)(1); 846  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__    Release on Personal Recognizance

✔    Bail Posted in the Sum of $ 150,000 (secured by real property)

　　　✔    $150,000 Unsecured Appearance Bond In the Interim of securing bond.

　　　__    Appearance Bond with 10% Deposit

　　　__    Appearance Bond with Surety

　　　__    Corporate Surety Bail Bond

　　　✔    (Other)    With pretrial supervision and conditions of release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  April 6, 2012  at  4:10  pm .

By  /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge