DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES KIRK SHORT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-cr-164 JAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING CASE |
| JAMES KIRK SHORT, | Date: June 12, 2012 |
| Defendant. | Time: 9:45 a.m. |
| | Judge: John A. Mendez |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Todd Pickles, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant, JAMES KIRK SHORT, that the status conference now set for June 12, 2012, be vacated and the matter continued to July 24, 2012 at 9:45 a.m., due to the unavailability of the defendant who is hospitalized at the Marshall Medical Center in Placerville, CA., having undergone significant surgery for removal of a tumor earlier today.

**IT IS FURTHER STIPULATED** that time should be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,*

pursuant to 18 U.S.C. § 3161(h)(3)(A) and Local Code M.

**IT IS SO STIPULATED**.

Dated: June 11, 2012       /S/ *Todd Pickles*
                           Todd Pickles
                           Assistant United States Attorney
                           Counsel for Plaintiff

Dated: June 11, 2012       /S/ *Jeffrey L. Staniels*
                           Jeffrey L. Staniels
                           Assistant Federal Defender
                           Counsel for Defendant
                           JAMES KIRK SHORT

Dated: June 11, 2012       /S/ *Michael E. Platt*
                           Counsel for Defendant
                           JESUS RODRIGUEZ GARIBAY

# O R D E R

Based on the above representations of counsel the court finds that the requested continuance is appropriate. The requested continuance is therefore GRANTED. Time for trial under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* is excluded from June 12, 2012, through July 24, 2012, pursuant to 18 U.S.C. § 3161(h)(3)(A), Local Code M.

**IT IS SO ORDERED**.

By the Court,

Dated: June 11, 2012       /s/ John A. Mendez
                           Hon. John A. Mendez
                           United States District Court Judge

Stipulation and Proposed Order    -2-