1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

   Attorney for Defendant
6  JAMES KIRK SHORT

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  No.2:12-cr-164 JAM
                                   )
12                  Plaintiff,     )
                                   )  STIPULATION AND ORDER CONTINUING
13       v.                        )  CASE
                                   )
14  JAMES KIRK SHORT,              )
                                   )  Date:   July 24, 2012
15                                 )  Time:   9:45 a.m.
                    Defendant.     )  Judge:  John A. Mendez
16  _____ )

17

18       **IT IS HEREBY STIPULATED** by and among Assistant United States

19  Attorney Todd Pickles, counsel for Plaintiff, and Assistant Federal

    Defender Jeffrey L. Staniels, counsel for defendant, JAMES KIRK SHORT,
20
    that the status conference now set for July 24, 2012, be vacated and
21
    the matter continued to October 16, 2012 at 9:45 a.m.  Investigation
22
    which include out of district travel and consultation including
23
    exploration of possible resolution of the charges without trial have
24
    commenced and are on-going.  Counsel for the parties expect that any
25
    shorter time period might well not be sufficient to complete that
26
    process.
27
         **IT IS FURTHER STIPULATED** that the interests of justice served by
28

1  granting the requested continuance outweighs the interests of the

2  public and the defendant in a speedy trial and that time should be

3  excluded from computation of time within which the trial of this matter

4  must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et.*

5  *seq.,* pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). and Local Code T-4.

6       **IT IS SO STIPULATED.**

7

8  Dated:  July 23, 2012            */S/ Todd Pickles*
                                   Todd Pickles
9                                  Assistant United States Attorney
                                   Counsel for Plaintiff
10

11 Dated:  July 23, 2012            */S/ Jeffrey L. Staniels*
                                   Jeffrey L. Staniels
12                                 Assistant Federal Defender
                                   Counsel for Defendant
13                                 JAMES KIRK SHORT

14

15                   **O R D E R**

16

17      Based on the above representations of counsel the court finds that

18 the requested continuance is appropriate and that the interests of

19 justice served thereby outweigh the interests of the public and the

20 defendant in a speedy trial.  The requested continuance is therefore

21 GRANTED. Time for trial under the Speedy Trial Act, 18 U.S.C. §§ 3161

22 *et. seq.,* is excluded from July 24, 2012, through October 16, 2012,

23 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

24       **IT IS SO ORDERED.**

25                   By the Court,

26

27 Dated:  July 23, 2012            /s/ John A. Mendez
                                   Hon. John A. Mendez
28                                 United States District Court Judge