UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

PRETRIAL SERVICES VIOLATION PETITION

The United States,

   -vs-

**James Kirk Short**                                              **Docket No. 2:12-CR-00164 JAM-01**

**COMES NOW** Steven J. Sheehan, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of James Kirk Short, who was placed on bond by the Honorable Dale A. Drozd, U.S. Magistrate Judge, sitting in the Court at Sacramento, California, on the 6th day of April, 2012, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** 21: 841(a)(1) - Manufacture at Least 100 Marijuana Plants; and, 21: 841(a)(1) and 846 - Conspiracy to Manufacture at Least 1000 Marijuana Plants

**BOND CONDITIONS**: The defendant was released on a $150,000 collateral bond to be secured by real property with pretrial services supervision and special conditions of release.  Please see attached.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
During a visit at the defendant's residence on July 31, 2012, Pretrial Services learned the defendant had began to take prescribed Marinol, which is in violation of the defendant's conditions of release.  As of the writing of this petition, Mr. Short has tested positive for marijuana(THC) on July 25, 2012, July 30, 2012, August 9, 2012, and August 22, 2012.

**PRAYING THAT THE COURT WILL ORDER** *a bail violation hearing be held before the duty Magistrate Judge on Thursday, September 6, 2012, at 2:00 p.m.*  All parties are available to appear at the proposed time and date.

**LAST KNOWN ADDRESS:**     On file with Pretrial Services
**TELEPHONE NUMBER:**     On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

                                                                        Respectfully submitted,

                                                                        /s/ Steven J. Sheehan

                                                                        Steven J. Sheehan
                                                                        U.S. Pretrial Services Officer/DATS
                                                                        September 4, 2012

**ORDER**

\_\_\_\_\_     The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $ \_\_.

\_\_\_\_\_     The Court hereby orders this ex parte motion and order be sealed.

\_\_\_\_\_     The Court orders a summons be issued with an appearance date of _____.

  X          The Court hereby orders this matter placed on this court's calendar on **Thursday, September 6, 2012**, at **2:00** p.m. and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

\_\_\_\_\_     The Court orders no action be taken.

                                                  Considered and ordered this 5th day of September, 2012, and ordered filed and made a part of the records in the above case.

                                                  /s/ Gregory G. Hollows
                                                        U.S. Magistrate Judge

**SPECIAL CONDITIONS:**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You shall cooperate in the collection of a DNA sample;

5. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

6. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

7. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). **However, medicinal marijuana, prescribed or not, may not be used. You are not permitted to use Marinol**;

8. You shall submit to drug and/or alcohol testing as approved by the pretrial services officer. You shall pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

9. You shall not obtain a passport during the pendency of this case; and

10. You shall report any contact with law enforcement to your pretrial services officer within 24 hours.