```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JAMES KIRK SHORT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-cr-164 JAM |
| Plaintiff, | STIPULATION AND ORDER TEMPORARILY SUSPENDING TERMS OF PRETRIAL RELEASE REQUIRING SUPERVISION BY PRETRIAL SERVICES |
| v. | |
| JAMES KIRK SHORT, | Judge: Hon. Carolyn K. Delaney |
| Defendant. | Duty U.S. Magistrate Judge (In Chambers) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Todd Pickles, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant, JAMES KIRK SHORT, that all terms of Pretrial Release Involving Supervision by Pretrial Services in the above case be suspended for a period of 90 days from the filing of this stipulation due to the medical incapacitation of Mr. Short. The court is advised that Mr. Short was previously allowed to travel to his home state of Alaska to receive urgently needed medical attention and to remain there for recuperation. That medical care and recuperation is now on-going. The court is further advised that counsel for the parties and the assigned Pretrial Services Officer, Steven Sheehan are in agreement with this proposed course of action.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial act be excluded from the filing of this stipulation until the court is advised that Mr. Short has once again become available to participate in further proceedings pursuant to 18 U.S.C. § 3161(h)(3)(A)(absence or unavailability of the defendant), Local Code M.

**IT IS SO STIPULATED.**

Dated:   December 20, 2012          /S/ *Todd Pickles*
                                    Todd Pickles
                                    Assistant United States Attorney
                                    Counsel for Plaintiff

Dated:   December 20, 2012           /S/ *Jeffrey L. Staniels*
                                    Jeffrey L. Staniels
                                    Assistant Federal Defender
                                    Counsel for Defendant
                                    JAMES KIRK SHORT

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated:  December 21, 2012            /s/ Carolyn K. Delaney
                                    Hon. Carolyn K. Delaney
                                    United States Magistrate Judge