HEATHER E. WILLIAMS, Bar #122664
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES KIRK SHORT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.2:12-CR-164 JAM |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| JAMES KIRK SHORT, ) | |
| Defendant. ) | Date: June 11, 2013<br>Time: 9:45 a.m.<br>Judge: John A. Mendez |

**IT IS HEREBY STIPULATED** between plaintiff, United States of America, and defendant, James Kirk Short, that the status conference set for June 11, 2013, may be continued to July 16, 2013 at 9:45 a.m.

Defense of Mr. Short was reassigned to the undersigned Assistant Federal Defender in May but he has yet to have adequate time to review discovery, to determine what must be done to move the case forward, and to consult with Mr. Short. Undersigned defense counsel is presently preparing for trial commencing June 24. So that newly-assigned counsel will have adequate time to review Mr. Short's case and determine an

appropriate course of action, the parties agree that under the Speedy Trial Act should be excluded from the date of this order through July 16, 2013, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  June 6, 2013                /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Counsel for JAMES SHORT


                                    BENJAMIN WAGNER
                                    United States Attorney

Dated:  June 6, 2013                /s/ T. Zindel for T. Pickles
                                    TODD PICKLES
                                    Assistant United States Attorney
                                    Counsel for Plaintiff

**O R D E R**

Based on the representations of counsel the court finds that a continuance is appropriate. The court finds that the interests of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and orders time excluded through July 16, 2013, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv). The status conference is reset for July 16, 2013.

**IT IS SO ORDERED.**

Dated:  June 6, 2013
                                    /s/ John A. Mendez
                                    HON. JOHN A. MENDEZ
                                    United States District Court Judge

Stip. & Order                -2-