HEATHER E. WILLIAMS, Bar #122664
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JAMES KIRK SHORT


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.2:12-CR-164 JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| v. | ) | MODIFYING TERMS OF PRETRIAL |
| | ) | RELEASE |
| JAMES KIRK SHORT, | ) | |
| | ) | |
| | ) | Judge: Hon. Allison Claire |
| Defendant. | ) | |
| _____ | ) | |


**IT IS HEREBY STIPULATED** between Plaintiff, United States of America,

and defendant, James K. Short, that the conditions of Mr. Short's

pretrial release may be modified as follows.  First, conditions of

release requiring supervision by Pretrial Services (docket number 11) may

be deleted in favor of the standard conditions of own-recognizance

released reflected in the Notice to Defendant Being Released (docket

number 10).  Second, the unsecured appearance bond signed by Mr. Short

and his stepfather, Richard Dunford, (docket no. 12) may be substituted

for the collateral bond (docket no. 24).  Third, the lien against Richard

C. Dunford's real property may be released and the property reconveyed.

1   On April 6, 2012, the Court ordered Mr. Short released pending trial
2   on conditions including supervision by Pretrial Services.  On October 16,
3   2012, the Court modified the terms of release to permit Mr. Short to
4   travel to Alaska (his home) for medical treatment and recuperation.  On
5   December 21, 2012, by agreement of the parties, the Court suspended
6   supervision by Pretrial Services for a period of 90 days due to Mr.
7   Short's medical incapacitation.  A second suspension followed in May 2013
8   at the request of Pretrial Services.

9   In light of subsequent developments, and with approval of Pretrial
10  Services, the parties have agreed to convert Mr. Short's release to an
11  own-recognizance release secured by the existing signature bond executed
12  by Mr. Short and Mr. Dunford on April 6, 2012.  Mr. Short remains in
13  Alaska under frequent medical care and is in almost daily contact with
14  defense counsel.  Mr. Dunford has asked that his property be reconveyed
15  so that he can use it as collateral for a construction loan.  He remains
16  obligated under the existing signature bond.  The parties agree that this
17  modification constitutes an adequate release plan under the Bail Reform
18  Act.

19                                  Respectfully submitted,

20                                  HEATHER E. WILLIAMS
                                    Federal Defender
21

22  Dated:  August 6, 2013          /s/ T. Zindel
                                    TIMOTHY ZINDEL
23                                  Assistant Federal Defender
                                    Attorney for JAMES K. SHORT
24

25                                  BENJAMIN B. WAGNER
                                    United States Attorney
26

27  Dated:  August 6, 2013          /s/ T. Zindel for T. Pickles
                                    TODD PICKLES
28                                  Assistant U.S. Attorney

**O R D E R**

The conditions of release are modified as set forth above.   Mr. Short shall continue to comply with the conditions of release set forth in the Notice to Defendant Being Released filed April 6, 2012.   The Clerk of the Court shall immediately reconvey to the surety the real property posted to secure the release bond.

**IT IS SO ORDERED.**


Dated:   August 6, 2013


ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE