HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy.zindel@fd.org

Attorney for Defendant
JAMES K. SHORT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　　　　vs.<br><br>JAMES K. SHORT,<br><br>　　　　Defendant. | Case No.  2:12-CR-0164 JAM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:　November 19, 2013<br>Time:　9:45 a.m.<br>Judge:　Hon. John A. Mendez |

　　　It is hereby stipulated and agreed between defendant, James Short, and plaintiff, United States of America, that the status conference scheduled for November 19, 2013, may be rescheduled for January 7, 2013, at 9:45 a.m.

　　　Defense counsel has determined that investigation is needed in order to determine whether Mr. Short has a viable defense to the pending indictment or whether grounds exist to resolve the case by some means other than trial (no investigation was undertaken by previously-assigned counsel).  Accordingly, the parties ask the Court to exclude time under the Speedy Trial Act

-1-

1 from the date of this order through January 7, 2014, pursuant to
2 Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:   November 15, 2013       /s/ T. Zindel_____
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for JAMES K. SHORT


                                 BENJAMIN WAGNER
                                 United States Attorney

Dated:   November 15, 2013       /s/  T. Zindel for T. Pickles__
                                 TODD PICKLES
                                 Assistant U.S. Attorney


**O R D E R**

The status conference is continued to January 7, 2014, at 9:45 a.m.  The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above.  Time is therefore excluded from the date of this order through January 7, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   November 15, 2013       /s/ John A. Mendez_____
                                 HON. JOHN A. MENDEZ
                                 United States District Court Judge