```
HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org


Attorney for Defendant
JAMES K. SHORT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:12-CR-0164 JAM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| vs. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| JAMES K. SHORT, | ) | |
| Defendant. | ) | Date:   January 7, 2014 |
| | ) | Time:   9:45 a.m. |
| | ) | Judge:  Hon. John A. Mendez |

It is hereby stipulated and agreed between defendant, James Short, and plaintiff, United States of America, that the status conference scheduled for January 7, 2014, may be rescheduled for February 25, 2014, at 9:45 a.m.

Defense investigation of whether Mr. Short has a viable defense to the pending indictment is ongoing while counsel discuss other options for resolving the case (no investigation was undertaken by previously-assigned counsel). Accordingly, the parties ask the Court to exclude time under the Speedy Trial

Act from the date of this order through February 25, 2014, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).

```
                                   Respectfully Submitted,

                                   HEATHER E. WILLIAMS
                                   Federal Defender

Dated:  January 2, 2014            /s/ T. Zindel_____
                                   TIMOTHY ZINDEL
                                   Assistant Federal Defender
                                   Attorney for JAMES K. SHORT


                                   BENJAMIN WAGNER
                                   United States Attorney


Dated:  January 2, 2014            /s/  T. Zindel for T. Pickles__
                                   TODD PICKLES
                                   Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to February 25, 2014, at 9:45 a.m. The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. Time is therefore excluded from the date of this order through February 25, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

```
Dated:  January 3, 2014            /s/ John A. Mendez_____
                                   HON. JOHN A. MENDEZ
                                   United States District Court Judge
```