HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
JAMES SHORT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:12-CR-0164 JAM |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| JAMES SHORT, | ) |
| Defendant. | ) Date:   February 25, 2014 |
| | ) Time:   9:45 a.m. |
| | ) Judge:  Hon. John A. Mendez |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, James Short, that the status conference scheduled for February 25, 2014, may be continued to March 25, 2014, at 9:45 a.m.

Counsel for the United States has submitted a proposed resolution to the defense but defense counsel requires additional time to review it and to consult with Mr. Short. So that this may be done, the parties agree that the status conference should be continued and further ask the Court to

-1-

1  order time excluded under the Speedy Trial Act through March 25,
2  2014, in order to afford necessary time for effective
3  preparation. The parties agree that the interests of justice to
4  be served by a continuance outweigh the best interests of Mr.
5  Short and the public in a speedy trial, and ask the Court to
6  order time under the Speedy Trial Act excluded from the date of
7  this stipulation and order through March 25, 2014, pursuant to
8  18 U.S.C. § 3161(h)(7)(A) and (b)(iv)

                                       Respectfully Submitted,

                                       HEATHER E. WILLIAMS
                                       Federal Defender

12 Dated: February 21, 2014     /s/ T. Zindel_____
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for JAMES SHORT

                                BENJAMIN WAGNER
                                United States Attorney

16 Dated: February 21, 2014     /s/  T. Zindel for T. Pickles_
                                TODD PICKLES
                                Assistant U.S. Attorney

20                              **O R D E R**

21     Defendant's motion for early termination of supervised
22 release is GRANTED and supervision terminated pursuant to 18
23 U.S.C. §3583(e)(1). The hearing scheduled for March 25, 2014,
24 is vacated.
25      IT IS SO ORDERED.

27 Dated: February 21, 2014     /s/ John A. Mendez_____
                                HON. JOHN A. MENDEZ
28                              United States District Court Judge