HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
JAMES SHORT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:12-CR-0164 JAM |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER (AMENDED)** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| JAMES SHORT, | ) |
| Defendant. | ) Date:   February 25, 2014 |
| | ) Time:   9:45 a.m. |
| | ) Judge:  Hon. John A. Mendez |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, James Short, that the status conference scheduled for February 25, 2014, may be continued to March 25, 2014, at 9:45 a.m.

Counsel for the United States has submitted a proposed resolution to the defense but defense counsel requires additional time to review it and to consult with Mr. Short. So that this may be done, the parties agree that the status conference should be continued and further ask the Court to

-1-

1 order time excluded under the Speedy Trial Act through March 25,
2 2014, in order to afford necessary time for effective
3 preparation.  The parties agree that the interests of justice to
4 be served by a continuance outweigh the best interests of Mr.
5 Short and the public in a speedy trial, and ask the Court to
6 order time under the Speedy Trial Act excluded from the date of
7 this stipulation and order through March 25, 2014, pursuant to
8 18 U.S.C. § 3161(h)(7)(A) and (b)(iv).
9     The parties submit this stipulation in place of documents
10 54 and 55 filed February 21, 2014.  Those documents mistakenly
11 contained language in the order from an unrelated case.  The
12 parties thus ask the Court to vacate the order in document
13 number 55.

                                    Respectfully Submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

Dated:  February 21, 2014           /s/ T. Zindel_____
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for JAMES SHORT

                                    BENJAMIN WAGNER
                                    United States Attorney

Dated:  February 21, 2014           /s/  T. Zindel for T. Pickles_
                                    TODD PICKLES
                                    Assistant U.S. Attorney

24 /////
25 /////
26 /////
27 /////
28 /////

-2-

**O R D E R**

The status conference is continued to March 25, 2014, at 9:45 a.m. The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. Time is therefore excluded from the date of this order through March 25, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The Order set forth in document number 55 is vacated by agreement of the parties.

IT IS SO ORDERED.

Dated: February 25, 2014  /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge