```
HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org


Attorney for Defendant
JAMES SHORT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:12-CR-0164 JAM |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| JAMES SHORT, | ) |
| Defendant. | ) Date:   March 25, 2014 |
| | ) Time:   9:45 a.m. |
| | ) Judge:  Hon. John A. Mendez |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, James Short, that the status conference scheduled for March 25, 2014, may be continued to May 13, 2014, at 9:45 a.m.

Defense counsel requires additional time to review the resolution proposed by the U.S., to consult with Mr. Short, and to complete investigation. The parties thus agree that the status conference should be continued and ask the Court to order time excluded under the Speedy Trial Act through May 13, 2014, in order to afford necessary time for effective preparation.

-1-

1  The parties agree that the interests of justice to be served by
2  a continuance outweigh the best interests of Mr. Short and the
3  public in a speedy trial, and ask the Court to order time
4  excluded from the date of this stipulation through May 13, 2014,
5  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv).

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:   March 21, 2014          /s/ T. Zindel_____
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for JAMES SHORT

                                 BENJAMIN WAGNER
                                 United States Attorney

Dated:   March 21, 2014          /s/  T. Zindel for T. Pickles_
                                 TODD PICKLES
                                 Assistant U.S. Attorney

**O R D E R**

The status conference is continued to May 13, 2014, at 9:45 a.m.  The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above.  Time is therefore excluded from the date of this order through May 13, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

   IT IS SO ORDERED.

Dated:   March 21, 2014          /s/ John A. Mendez_____
                                 HON. JOHN A. MENDEZ
                                 United States District Court Judge

-2-