HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA   95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
JAMES SHORT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:12-CR-0164 JAM |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| JAMES SHORT, | ) |
| Defendant. | ) Date:   May 13, 2014 |
| | ) Time:   9:30 a.m. |
| | ) Judge:  Hon. John A. Mendez |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, James Short, that the status conference scheduled for May 13, 2014, may be continued to June 17, 2014, at 9:30 a.m.

Defense counsel requires additional time to review the resolution proposed by the U.S., to consult with Mr. Short, and to complete investigation. The parties thus agree that the status conference should be continued and ask the Court to order time excluded under the Speedy Trial Act through June 17, 2014, in order to afford necessary time for effective preparation.

-1-

1  The parties agree that the interests of justice to be served by
2  a continuance outweigh the best interests of Mr. Short and the
3  public in a speedy trial, and ask the Court to order time
4  excluded from the date of this stipulation through June 17,
5  2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv).

6                                    Respectfully Submitted,

7
                                     HEATHER E. WILLIAMS
8                                    Federal Defender

9
   Dated:  May 9, 2014               /s/ T. Zindel_____
10                                   TIMOTHY ZINDEL
                                     Assistant Federal Defender
11                                   Attorney for JAMES SHORT

12                                   BENJAMIN WAGNER
                                     United States Attorney
13

14 Dated:  May 9, 2014               /s/  T. Zindel for T. Pickles_
                                     TODD PICKLES
15                                   Assistant U.S. Attorney

16

17                              **O R D E R**

18      The status conference is continued to June 17, 2014, at
19  9:30 a.m.  The court finds that the ends of justice served by
20  granting a continuance outweigh the best interests of the public
21  and the defendant in a speedy trial for the reasons stated
22  above.  Time is therefore excluded from the date of this order
23  through June 17, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
24  (B)(iv).
25      IT IS SO ORDERED.

26

27 Dated:  May 9, 2014               /s/ JOHN A. MENDEZ_____
                                     HON. JOHN A. MENDEZ
28                                   United States District Judge