PHILLIP A. TALBERT
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00164 JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO SET BRIEFING SCHEDULE AND CONTINUE HEARING ON DEFENDANT'S MOTION TO WITHDRAW GUILTY PLEA, ET AL. |
| v. | |
| JAMES KIRK SHORT, | |
| Defendant. | |

The United States of America, through the undersigned Assistant United States Attorney, and defendant James K. Short, through the undersigned Assistant Federal Defender, hereby agree and stipulate as follows:

1. The United States's opposition or response to defendant's Motion to Withdraw Guilty Plea, and to Dismiss Indictment or Stay Proceedings in Light of United States v. McIntosh, amended on November 18, 2016 [Dckt. No. 101], shall be filed on or before January 20, 2017.

2. Defendant's reply, if any, shall be filed on or before February 7, 2017.

3. Defendant's motion shall be continued and heard by the Court at 9:15 a.m. on February 14, 2017, or as soon after as is available to the Court.

4. Because defendant presently stands convicted by way of guilty plea, provisions of the Speedy Trial Act, 18 U.S.C. § 3161 do not apply.

IT IS SO STIPULATED.

Dated:  December 30, 2016

PHILLIP A. TALBERT
United States Attorney

*/s/ Todd A. Pickles*
TODD A. PICKLES
Assistant United States Attorney

Dated:  December 30, 2016

HEATHER WILLIAMS
Federal Public Defender

*/s/ Todd A. Pickles for*
TIMOTHY ZINDEL
Assistant Federal Defender

Counsel for Defendant
JAMES KIRK SHORT

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 3rd day of January, 2017

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE