UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable John A. Mendez  RE: James Kirk Short
United States District Judge  Docket Number: 2:12CR00164-001
Sacramento, California

Your Honor:

The purpose of this memorandum is to advise the Court that Mr. Short is seeking permission to use the prescription medication Dronabinol, which is generic for Marinol (a synthetic cannabinoid), for pain management. By taking this prescription medication, it would interfere with drug testing results and may result in a positive urine sample for THC.

Since Mr. Short began supervised release on July 25, 2017, he has tested positive for THC on three separate occasions. Mr. Short admits to using the prescription medication Dronabinol which resulted in the positive tests. He denies the use of marijuana. According to the history of this case, while Mr. Short was on pretrial supervision, a hearing was held before Magistrate Hollows to determine if he should be allowed to use the prescription medication Marinol. At the conclusion of the hearing, the Court approved Mr. Short's request under the supervision of several doctors given his serious medical issues. The following minutes were recorded on September 28, 2012:

" MINUTES (Text Only) for proceedings held before Magistrate Judge Gregory G. Hollows:

Further Hearing Re Pretrial Release as to James Kirk Short held on 9/28/2012. Mr. Staniels gives the court a written letter from his Client's Doctor. The Government request that testing be continued on a monthly basis. The Court agrees with the assessment of Defense Counsel and the non-opposition of the government. The Court states Mr. Short has a legitimate condition and he knows these Doctors in Placerville California. The Court states the defendant will be allowed to continue his use of the Drug prescription Marinol with the condition that he be tested once a month. The transcript is ordered sealed by the court Government Counsel Todd Pickles present. Defense Counsel Jeffrey Staniels present. Custody Status: Non Custody. Court Reporter/CD Number: 1 of 1. (Callen, V) (Entered: 09/28/2012)"

REV. 03/2017
MEMO_COURT W ORDER.DOTX

**RE:** James Kirk Short
       Docket Number:  2:12CR00164-001-

Mr. Short has been cooperative and compliant in all areas of supervision. He maintains a stable residence and has provided all medical documentation verifying his ongoing illness. The United States Attorney, Todd Pickles was contacted and he has no issues with Mr. Short's request to continue to use Marinol due to his ongoing illness. The probation officer is requesting approval for Mr. Short to continue to use Marinol as needed for pain management and to continue to drug test Mr. Short. The probation officer will notice the Court if any positive drug tests occur other than for THC.

Respectfully submitted,

/s/ Shari R. Simon

**Shari R. Simon**
**Sr. United States Probation Officer**

Dated:   February 12, 2018
         Roseville, California

**REVIEWED BY:**    /s/ Toni M. Ortiz
                   **Toni M. Ortiz**
                   **Supervising United States Probation Officer**

## ORDER OF THE COURT

☒  Approved      ☐  Disapproved

2/12/2018                              /s/ John A. Mendez
**Date**                               **John A. Mendez**
                                       **United States District Court Judge**

cc:   Todd Pickles
      Assistant United States Attorney

      Tim Zindel
      Defense Counsel